# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gurinder Singh, | No. CV-26-01166-PHX-AMM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Petitioner Gurinder Singh filed this action under 28 U.S.C. § 2241 challenging his designation as being subject to mandatory detention without a bond hearing. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 7.)

In their Response, Respondents maintain Petitioner is an "applicant for admission" subject to mandatory detention as an "alien present in the United States who has not been admitted." (Doc. 9 at 2.) On July 30, 2026, however, the Ninth Circuit Court of Appeals held that individuals "present without admission who are apprehended in the interior of the United States are subject to the detention regime of [8 U.S.C.] § 1226, not § 1225(b)(2)(A)." *See Vazquez v. Bostock*, No. 25-6842, Slip Op. at \*10 (9th Cir. July 30, 2026). The Court finds that Petitioner is not subject to mandatory detention under § 1225(b) and is entitled to a bond redetermination hearing.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is

**GRANTED** to the extent it seeks a bond redetermination hearing. The Petition is otherwise **DENIED**.

**IT IS FURTHER ORDERED** that Respondents must release Petitioner from custody under the same conditions that existed before his detention or provide Petitioner a bond redetermination hearing within seven calendar days of this order unless Petitioner requests a continuance, in which case Respondents must notify the Court and provide the continued date for the bond hearing. Petitioner—including any counsel—must be given at least two days' notice of the bond hearing.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing him a bond hearing. If applicable, that notice must include the result of the bond hearing.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of August, 2026.

Honorable Angela M. Martinez
United States District Judge